**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 03-cr-00361-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. DONNA J. MOREAUX,

      Defendant.

## MINUTE ORDER[1]

      A Notice of Disposition was filed on July 26, 2010. On **July 29, 2010** at 9:00 a.m., the court shall conduct a telephonic setting conference to set a change of plea hearing in this matter. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

      Dated: July 26, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.