IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 03-cr-00361-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DONNA J. MOREAUX,

    Defendant.

## MINUTE ORDER[1]

On July 29, 2010, the court conducted a telephonic setting conference to set this matter for a change of plea hearing. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That on **October 8, 2010**, commencing at 10:00 a.m., the court shall conduct a change of plea hearing in this matter; and

2. That the Trial Preparation Conference set for August 6, 2010, and the jury trial set to commence August 9, 2010, are **VACATED**.

Dated: July 29, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.